IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>     Plaintiff,<br><br>   v.<br><br>**KAMAAL YUSUF,**<br><br>     Defendant. | Case No.: 2:23-cr-00241-JAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
 ☒ Ad Prosequendum  ☐ Ad Testificandum

Name of Detainee: Kamaal Yusuf
Detained at

Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
        charging detainee with: 21 U.S.C. 846/841, 18 U.S.C. 922(g)
 or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
 or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/*Matthew De Moura*
Printed Name & Phone No: Matthew De Moura – 916-396-5579
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
 ☒ Ad Prosequendum  ☐ Ad Testificandum

  The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: July 31, 2025      /s/ Carolyn K. Delaney
              Honorable Carolyn K. Delaney
              CHIEF U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s): | none | ☒ Male ☐ Female | |
| CDCR#: | CB2684 | DOB: | 01/09/01 |
| Facility Address: | Inmate Records Department | Race: | African American |
| Facility Address: | California Correctional Institution | FBI#: | 2JP5J7LN0 |
| | 24900 Highway 202, Tehachapi, CA 93561 | | |

## RETURN OF SERVICE

Executed on:                  
               (signature)