UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

<u>United States of America</u>

v.   Criminal Case No. 23-00241

KAMAAL YUSUF

## WAIVER OF DEFENDANT'S APPEARANCE AT ARRAIGNMENT

I, KAMAAL YUSUF, hereby waive my appearance at the arraignment. I further state I have received a copy of the indictment and that I am entering a not guilty plea.

Date: 7-31-2025              /s/ KAMAAL YUSUF
                             Defendant

Date: 7-31-2025              /s/ Patrick K. Hanly
                             Counsel for Defendant

WAIVER APPROVED  Pursuant to Fed.R.Crim.P 10(b).

Date: July 31, 2025          /s/ Carolyn K. Delaney
                             xx United States Magistrate Judge
                             O United States District Judge

Copies to: U.S. Attorney, Defense Counsel, U.S. Marshal, U.S. Probation