**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No.: 2:23-cr-00241-JAM |
| **KAMAAL YUSUF,** | |
| Defendant. | |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: Kamaal Yusuf
Detained at:

Detainee is:
a.) ☒ charged in this district by: ☒ Indictment  ☐ Information  ☐ Complaint
charging detainee with: 21 U.S.C. 846/841, 18 U.S.C. 922(g)
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/*Matthew De Moura* |
| Printed Name & Phone No: | Matthew De Moura – 916-396-5579 |
| Attorney of Record for: | United States of America |

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: September 17, 2025

Honorable Jeremy D. Peterson
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s): | none | ☒Male ☐Female | |
| CDCR#: | CB2684 | DOB: | 01/09/01 |
| Facility Address: | Inmate Records Department | Race: | African American |
| Facility Address: | California Correctional Institution | FBI#: | 2JP5J7LN0 |
| | 24900 Highway 202, Tehachapi, CA 93561 | | |

**RETURN OF SERVICE**

Executed on: _____   _____
(signature)