ERIC GRANT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-00241-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | DATE: March 3, 2026 |
| KAMAAL YUSUF, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Matthew De Moura, and Defendant, Kamaal Yusuf, by and through her attorney of record, Patrick Hanly, hereby move to continue the judgment and sentencing hearing currently scheduled for March 3, 2026, at 9:00 a.m. to May 19, 2026, at 9:00 a.m., based on the following:

a)   Additional time is needed for the parties to file Sentencing Memorandums, any Objections to the PSR, and additional filings that could impact the defendant's sentencing.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER

1

b)      Probation has provided the parties with updated deadlines for filings (listed below in the proposed order).  These dates are agreeable to the parties.

c)      The parties have met and conferred on this continuance and understand the need to continue the hearing.  There is no objection form either party in continuing the Judgement and Sentencing and resetting the filing schedule.

IT IS SO STIPULATED.

Dated:  January 26, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW DE MOURA
MATTHEW DE MOURA
Special Assistant United States
Attorney

Dated:  January 26, 2026

/s/ PATRICK HANLY
PATRICK HANLY
Counsel for Defendant
KAMAAL YUSUF

STIPULATION AND ORDER

2

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the March 03, 2026, sentencing hearing be **CONTINUED** to **May 19, 2026, at 09:00 a.m.**, and the following Schedule of Disclosure be **ADOPTED**:

| | | |
|---|---|---|
| A. | Counsel's informal written objections to the PSR: | **April 21, 2026** |
| B. | Final PSR report filed: | **April 28, 2026** |
| C. | Formal objections to the PSR: | **May 05, 2026** |
| D. | Reply, or Statement of Non-Opposition: | **May 12, 2026** |
| B. | Judgement and Sentencing: | May 19, 2026 |

IT IS SO ORDERED.

Dated: January 26, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER

3