ERIC GRANT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-00241-JAM |
| Plaintiff, | **SECOND STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | DATE: May 4, 2026 |
| KAMAAL YUSUF, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Matthew De Moura, and Defendant, Kamaal Yusuf, by and through her attorney of record, Patrick Hanly, hereby move to continue the judgment and sentencing hearing currently scheduled for May 19, 2026, at 9:00 a.m. to July 14, 2026, at 9:00 a.m., based on the following:

a)    Additional time is needed for the parties to file Sentencing Memorandums, any Objections to the PSR, and additional filings that could impact the defendant's sentencing.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND PROPOSED ORDER                1

b)    Probation has provided the parties with updated deadlines for filings (listed below in the proposed order). These dates are agreeable to the parties.

c)    The parties have met and conferred on this continuance and understand the need to continue the hearing. There is no objection form either party in continuing the Judgement and Sentencing and resetting the filing schedule.

**IT IS SO STIPULATED**.

Dated:  May 1, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW DE MOURA
MATTHEW DE MOURA
Special Assistant United States
Attorney

Dated:  May 1, 2026

/s/ PATRICK HANLY
PATRICK HANLY
Counsel for Defendant
KAMAAL YUSUF

**ORDER**

**GOOD CAUSE APPEARING**, it is hereby ordered that the May 19, 2026 sentencing hearing be **CONTINUED** to July 14, 2026, at 09:00 a.m., and the following Schedule of Disclosure be **ADOPTED**:

| | | |
|---|---|---|
| A. | Formal objections to the PSR: | **June 30, 2026** |
| B. | Reply, or Statement of Non-Opposition: | **July 07, 2026** |
| C. | Judgement and Sentencing: | **July 14, 2026** |

**IT IS SO ORDERED**.

Dated: May 05, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER

3