ERIC GRANT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-00241-JAM |
| Plaintiff, | **THIRD STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | DATE: July 14, 2026 |
| KAMAAL YUSUF, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Matthew De Moura, and Defendant, Kamaal Yusuf, by and through his attorney of record, Patrick Hanly, hereby move to continue the judgment and sentencing hearing currently scheduled for July 14, 2026, at 9:00 a.m. to October 20, 2026, at 9:00 a.m., based on the following:

a) Additional time is needed for the parties to file Sentencing Memorandums, any Objections to the PSR, and additional filings that could impact the defendant's sentencing.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND PROPOSED ORDER
1

b)       Probation has provided the parties with updated deadlines for filings (listed below in the proposed order).  These dates are agreeable to the parties and Probation.

c)       The parties have met and conferred on this continuance and understand the need to continue the hearing.  There is no objection form either party in continuing the Judgement and Sentencing and resetting the filing schedule.

**IT IS SO STIPULATED**.

Dated:  June 28, 2026                                    ERIC GRANT
                                                        United States Attorney

                                                        /s/ MATTHEW DE MOURA
                                                        MATTHEW DE MOURA
                                                        Special Assistant United States
                                                        Attorney


Dated:  June 28, 2026                                    /s/ PATRICK HANLY
                                                        PATRICK HANLY
                                                        Counsel for Defendant
                                                        KAMAAL YUSUF

STIPULATION AND PROPOSED ORDER                  2

**ORDER**

**GOOD CAUSE APPEARING**, it is hereby ordered that the July 14, 2026, sentencing hearing be **CONTINUED** to **October 20, 2026, at 09:00 a.m.**, and the following Schedule of Disclosure be **ADOPTED**:

| | | |
|---|---|---|
| A. | Formal objections to the PSR: | **October 06, 2026** |
| D. | Reply, or Statement of Non-Opposition: | **October 13 , 2026** |
| B. | Judgement and Sentencing: | **October 20, 2026** |

**IT IS SO ORDERED**.

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Dated: June 30, 2026

STIPULATION AND PROPOSED ORDER

3