Patrick Hanly (SBN 128521)
916-873-6567
pkh@patrickhanlylaw.com

Attorney for Defendant
Kamaal Yusuf

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KAMAAL YUSUF,<br>Defendant. | CASE NO. 2:23-cr-00241-JAM<br>**<u>FOURTH</u> STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br>DATE: October 27, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Ross Pearson, and Defendant, Kamaal Yusuf, by and through his attorney of record, Patrick Hanly, hereby move to continue the judgment and sentencing hearing currently scheduled for October 27, 2026, at 9:00 a.m., to December 1, 2026, at 9:00 a.m. based on the following:

a) The case of *U.S. v. Caraotta*, CR S 24-0080 is a companion case *with U.S. v. Yusuf*, CR S 23-0241. Because Caraotta and Yusuf are charged with the same conduct and are similarly situated Yusuf has a right to argue against disparity in sentencing should Caraotta receive a much lower sentence than him;

b) Yusuf cannot argue disparity in sentencing if Caraotta is sentenced after him and she is currently set to be sentenced on November 10, 2026, while Yusuf is set to be sentenced on October 27, 2026.

c) Yusuf and Caraotta were both set to be sentenced on October 27, 2026; however a Stipulation moved her sentencing to November 10, 2026. Undersigned Counsel would have submitted this Stipulation and Order by the Court's October 13, 2026, deadline for such filings

but the filing in the Caraotta case came so late there was insufficient time to do so;

d) Probation has requested that Yusuf and Caraotta not be sentenced on the same day. Probation has approved the December 1, 2026, sentencing date.

e) The parties have met and conferred on this continuance and understand the need to continue the hearing. There is no objection from either party in continuing the Judgement and Sentencing as requested.

**IT IS SO STIPULATED**.

Dated: October 15, 2026

ERIC GRANT
United States Attorney

/s/ Ross Pearson
ROSS PEARSON
Assistant United States Attorney

Dated: October 15, 2026

/s/ PATRICK HANLY
PATRICK HANLY
Counsel for Defendant
KAMAAL YUSUF

# ORDER

Based on the fourth stipulation of the parties, the October 27, 2026 Judgment and Sentencing is **CONTINUED** to **December 01, 2026, at 09:00 a.m.**, before Senior District Judge John A. Mendez.

**IT IS SO ORDERED**.

Dated: October 15, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE